**Order entered June 16, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00542-CV

## IN RE CHRISTOPHER PITTS AND CHRISTINA PITTS, Relators

**Original Proceeding from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-02155-A**

## ORDER
Before Justices Molberg, Pedersen, III, and Garcia

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus. We also **DENY** relators' motion to expedite as moot.

/s/     BILL PEDERSEN, III
        JUSTICE